United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEDRO BAZURTO,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF GILROY POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 21-cv-06829-VKD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 34 |

The Court issued an order requiring plaintiff Pedro Bazurto to show cause why his complaint should not be dismissed against the individual defendants. Dkt. No. 34. Mr. Bazurto filed a statement in response to the show cause order on August 18, 2022, explaining his intention to dismiss the individual defendants. Dkt. No. 35. He then voluntarily dismissed his claims against them. Dkt. Nos. 36, 37, 38.

Accordingly, for good cause shown, the order to show cause issued on August 9, 2022 is discharged, and the hearing set for August 30, 2022 is vacated.

**IT IS SO ORDERED.**

Dated: August 22, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge